Adam B. Nach – 013622
Lisa Perry Banen – 010412
**LANE & NACH, P.C.**
2001 E. Campbell
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: lisa.banen@lane-nach.com

Attorneys for Jill H. Ford, Case Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| JESUS V. OROSCO and FLORIDA R. OROSCO, | No. 2:11-bk-27798-BKM |
| | Adv. No. 2:15-ap-00626- BKM |
| Debtors. | **COMPLAINT FOR AVOIDANCE OF UNAUTHORIZED POST-PETITION TRANSFERS** |
| JILL H. FORD, TRUSTEE, | (11 U.S.C. §§549, 550 and 551) |
| Plaintiff, | |
| vs. | |
| MARIA C. GUTIERREZ and JOHN DOE GUTIERREZ, HUSBAND and WIFE; JESSICA FLORISA OROSCO and JOHN DOE OROSCO, HUSBAND and WIFE; ERLINDA ESTRADA and JOHN DOE ESTRADA, HUSBAND and WIFE; GEORGE LERMA and JANE DOE LERMA, HUSBAND and WIFE; CHRISTINA DURAN and JOHN DOE DURAN, HUSBAND and WIFE, JESSIE V. / JESUS V. OROSCO, JR. and JANE DOE OROSCO, HUSBAND and WIFE; ROCKY V. OROSCO and JANE DOE OROSCO, HUSBAND and WIFE; VERONICA ROCHE and JOHN DOE ROCHE, HUSBAND and WIFE; AUGUSTINE OROSCO and JANE DOE OROSCO, HUSBAND and WIFE; | |
| Defendants. | |

Jill H. Ford, Chapter 7 Trustee and Plaintiff herein, ("**Case Trustee**"), by and through her attorneys undersigned, for her Complaint against Defendants, respectfully alleges as follows:

1. This case was commenced by Voluntary Petition filed by the Debtors originally under Chapter 13 on September 30, 2011 ("**Petition Date**"), which case converted to Chapter 7 on August 8, 2014 ("**Conversion Date**").

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 549 and 550. This is a "core" proceeding as defined in 28 U.S.C. §157.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1409.

4. Jill H. Ford is the duly appointed and acting Trustee of the Chapter 7 Estate (hereinafter "**Plaintiff**").

5. Upon information and belief Defendants are residents of the State of Arizona.

6. Upon information and belief, Defendants are or may be married, and, if married, all acts referenced herein were undertaken for the benefit of and on behalf of the Defendants' marital community. When the true identity of Jane Doe or John Doe is ascertained, Plaintiff will seek leave of the Court to amend her Complaint regarding same.

7. All events complained of herein occurred in the State of Arizona.

8. Plaintiff hereby repeats, reiterates, and realleges all of the foregoing allegations as if more fully set forth herein.

9. Pursuant to 11 U.S.C. § 549, Plaintiff may avoid a transfer of property of the Estate which occurs after the commencement of the case unless such transfer is authorized by the Bankruptcy Code or the Court.

10. On June 19, 2013, Debtor Husband passed away.

11. Trustee has been advised that as a result of the death of Debtor Husband, Debtor Wife received life insurance proceeds in the total amount of $109,982.81 after funeral expenses.

12. Trustee has been advised that in addition, Debtor Wife received $11,345.73 from settlement of an automobile accident on or about August 15, 2013.

13. Pursuant to the Debtors' records, post-petition but prior to the Conversion Date, and specifically following the death of Debtor Husband, upon information and belief, Debtor Wife remitted payments to the following Defendants (hereinafter "**549-Transferees**") in the amounts listed in the chart below by check, cash, and/or wire transfer, including, but not limited to, the following (hereinafter "**Funds-Transfers**"):

| **DEFENDANT/549-TRANSFEREE** | **AMOUNT** | **DATE** |
|---|---:|---:|
| Maria C. Gutierrez | $5,000.00 | 7/26/2013 |
|  | $300 | 7/28/2013 |
| Jessica Orosco | $2,000.00 | 7/26/2013 |
|  | $5,000.00 | 7/29/2013 |
| Erlinda Estrada | $5,000.00 | 8/28/2013 |
| George Lerma | $25,000.00 | 7/29/2013 |
|  | $2,500.00 | 8/14/2013 |
|  | $2,500.00 | 8/14/2013 |
|  | $2,000.00 | 8/27/2013 |
| George Lerma | $4,000.00 | Cash |
| Christina Duran | $1,000.00 | 7/26/2013 |
| Jessie V. / Jesus Orosco, Jr. | $2.000.00 | 7/26/2013 |
| Rocky V. Orosco | $2,000.00 | 7/26/2013 |
| Veronica Roche | $500.00 | 7/29/2013 |
| Augustine Orosco | $500.00 | 7/29/2013 |

14. Upon information and belief and subject to further discovery, there may be additional transfers made following the death of Debtor Husband or on Debtors' behalf, to the 549-Transferees listed above ("**Other Transfers**").

15. For purposes of this Complaint, the "Funds Transfers" and the "Other Transfers" shall be referred to as the "**549-Transfers**".

16. The 549-Transfers occurred post-petition and constitute "transfers" as this term is defined in 11 U.S.C. § 101(54).

17. The funds transferred were property of the Estate pursuant to 11 U.S.C. §541.

18. At no time prior to the 549-Transfers did any of the 549-Transferees seek or obtain Bankruptcy Court approval regarding the transferred funds.

19. The 549-Transfers were not approved by the Court and were not otherwise authorized under applicable bankruptcy law.

20. Pursuant to 11 U.S.C. §549(a), Plaintiff may avoid the 549-Transfers.

21. Pursuant to 11 U.S.C. § 550, upon avoidance of the 549-Transfers, Plaintiff is entitled to an Order of this Court requiring the 549-Transferees to turn over the aforementioned amounts received to Plaintiff.

22. Pursuant to 11 U.S.C. § 551, upon avoidance of the 549-Transfers, the avoided 549-Transfers are preserved for the benefit of the Estate.

WHEREFORE, Plaintiff prays for judgment against each 549-Transferee, as follows:

A. Avoiding the 549 Transfers as to each 549-Transferee pursuant to 11 U.S.C. §549;

B. Ordering each 549-Transferee to turn over the amount received pursuant to 11 U.S.C. §550;

C. Preserving the 549-Transfers for the benefit of the Estate upon avoidance;

D. For interest on said sum from the earliest date allowed by law until paid at the highest rate allowed by law;

E. For Plaintiff's reasonable costs incurred herein; and

F. For such other and further relief this Court deems just and proper.

RESPECTFULLY SUBMITTED this 23rd of July, 2015.

LANE & NACH, P.C.

By /s/ LPB #010412
 Adam B. Nach
 Lisa Perry Banen
 Attorney for Trustee / Plaintiff