Adam B. Nach – 013622
Lisa Perry Banen – 010412
**LANE & NACH, P.C.**
2001 E. Campbell
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: lisa.banen@lane-nach.com

Attorneys for Jill H. Ford, Case Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| JESUS V. OROSCO and FLORIDA R. OROSCO, | No. 2:11-bk-27798-BKM |
| | Adv. No. 2:15-ap-00626- BKM |
| Debtors. | **MOTION FOR ADDITIONAL TIME TO EFFECT SERVICE UNDER RULE 7004(M)** |
| JILL H. FORD, TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| MARIA C. GUTIERREZ and JOHN DOE GUTIERREZ, HUSBAND and WIFE; JESSICA FLORISA OROSCO and JOHN DOE OROSCO, HUSBAND and WIFE; ERLINDA ESTRADA and JOHN DOE ESTRADA, HUSBAND and WIFE; GEORGE LERMA and JANE DOE LERMA, HUSBAND and WIFE; CHRISTINA DURAN and JOHN DOE DURAN, HUSBAND and WIFE, JESSIE V. / JESUS V. OROSCO, JR. and JANE DOE OROSCO, HUSBAND and WIFE; ROCKY V. OROSCO and JANE DOE OROSCO, HUSBAND and WIFE; VERONICA ROCHE and JOHN DOE ROCHE, HUSBAND and WIFE; AUGUSTINE OROSCO and JANE DOE OROSCO, HUSBAND and WIFE; | |
| Defendants. | |

Jill H. Ford, Chapter 7 Trustee and Plaintiff herein, ("**Trustee**"), respectfully moves for additional time to effect service on Defendant, through and including January 13, 2016.

Trustee has requested that the Debtor provide the current addresses for the Defendants, who are people who received the funds transferred by the Debtor that are the subject of this proceeding. Trustee requested this information on August 6, 2015 and again on November 11, 2015. There is thus "good cause" for the granting of the extension in that the Debtor has not provided this information.

Trustee has separately served defendants Jessica Orosco, George Lerma, Jessie V. Orosco / Jesus v. Ororco, and Rocky Orosco at addresses where they are believed to reside; if and to the extent the service is not achieved, Trustee respectfully requests an additional 60 days to serve all Defendants.

The Complaint was filed November 23, 2015; the 120 days under Rule 7004 expires November 19, 2015. No previous requests for extensions have been requested.

WHEREFORE, Trustee respectfully requests the Court extend the deadline for service under Rule 7004 through and including January 13, 2016, and for such other and further relief as the Court deems appropriate.

November 13, 2015

                    LANE & NACH, P.C.

                    By    /s/ LPB #010412
                         Adam B. Nach
                         Lisa Perry Banen
                         Attorney for Trustee / Plaintiff